| Detail of Disbursments within 2 Years of Petition Date, June 5, 2008 ||||| 
|---|---|---|---|---|
| Bank Account | Date | Num | Name | Amount |
| SunTrust**727 | 06/19/2006 | 109 | Church Of Scientology | 22,172.00 |
| Suntrust**375 | 09/26/2006 | 120 | Church Of Scientology | 1,912.00 |
| Suntrust**375 | 10/04/2006 | 196 | Church Of Scientology | 40,000.00 |
| SunTrust**727 | 11/10/2006 | 193 ACH | Church Of Scientology | 16,950.00 |
| Main ***0246 | 12/06/2007 | 5001A | Church Of Scientology | 5,550.00 |
| | | | **Church Of Scientology FSO Total** | **86,584.00** |

EXHIBIT "A"

| Detail of Disbursments within 4 Years of Petition Date, June 5, 2008 ||||| 
|---|---|---|---|---|
| Bank Account | Date | Num | Name | Amount |
| SunTrust**727 | 06/19/2006 | 109 | Church Of Scientology | 22,172.00 |
| Suntrust**375 | 09/26/2006 | 120 | Church Of Scientology | 1,912.00 |
| Suntrust**375 | 10/04/2006 | 196 | Church Of Scientology | 40,000.00 |
| SunTrust**727 | 11/10/2006 | 193 ACH | Church Of Scientology | 16,950.00 |
| Main ***0246 | 12/06/2007 | 5001A | Church Of Scientology | 5,550.00 |
| | | | **Church Of Scientology FSO Total** | **86,584.00** |